**Heather WEATHERS,**
**Plaintiff–Appellee**

v.

**SCHOOL BOARD OF LAFAYETTE PARISH, Defendant–Appellant.**

No. 08–31031
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 20, 2009.

David D. Benoit, Breaux Bridge, LA, Katharine Murphy Schwartzmann, American Civil Liberties Union of New Orleans, New Orleans, LA, for Plaintiff–Appellee.

Dawn L. Morris, for Defendant–Appellant.

Before WIENER, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM: *

Defendants–Appellants Lafayette Parish School Board, James H. Easton, and Joseph Craig obtained a summary judgment of dismissal of the employment discrimination action filed against them by Plaintiff–Appellee Heather Weathers, which dismissal was affirmed on appeal. Appellants returned to district court seeking attorneys' fees as prevailing parties under 42 U.S.C. § 1988 and 28 U.S.C. § 1927. In a Memorandum and Order filed October 8, 2008, the district court rejected the Appellants' motion for attorneys' fees but granted their request for costs. For essentially the same reasons set forth by the district court, the judgment appealed from is, in all respects,

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.